UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES - WASHINGTON, d/b/a PROVIDENCE HOLY FAMILY HOSPITAL<br>N. 5633 Lidgerwood St.<br>Spokane, WA 99208,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201,<br><br>    Defendant. | NO. CV-11-0124-LRS<br><br>ORDER OF DISMISSAL |

Before the Court is the parties' Stipulated Motion for Dismissal with prejudice of this action. ECF No. 21. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve the dismissal. Accordingly,

IT IS HEREBY ORDERED:

The parties' stipulated motion for Dismissal, ECF No. 21, is GRANTED. Plaintiff's Complaint and any and all counterclaims, if any, are DISMISSED with prejudice and without costs to any party.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and CLOSE FILE.

DATED this 28th day of March, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL - 1